IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

VIVIAN MOORER,

    Plaintiff,

v.                                         CASE NO. 1:05-cv-00078-MP-AK

JO ANNE B BARNHART,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 25, Report and Recommendations of the Magistrate Judge, recommending that Defendant's motion to remand be granted and this cause be remanded pursuant to sentence four of the Act and that final judgment be entered. Objections to Report and Recommendation were due by February 3, 2006, but none were filed. Having reviewed the Report and Recommendation, the Court finds that remand is appropriate. Accordingly it is hereby,

    **ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The motion to remand is granted, the decision of the Administrative Law Judge is reversed and this matter remanded to the Commissioner for further decision.

3. The Clerk should enter a judgment in favor of Ms. Moorer, remand the case to the Commissioner, and close this case.

    **DONE AND ORDERED** this  *19th*  day of April, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge